# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON JENKINS,<br><br>  Plaintiff,<br><br> v.<br><br>HILL INTERNATIONAL, INC., DAVID SGRO, RAOUF S. GHALI, ARNAUD AJDLER, PAUL J. EVANS, GRANT MCCULLAGH, JAMES RENACCI, and SUSAN STEELE,<br><br>  Defendants. | Case No. 1:22-cv-08871-GHW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Shannon Jenkins ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 4, 2022

Respectfully Submitted,

*/s/ Richard A. Acocelli*
Richard A. Acocelli
**ACOCELLI LAW, PLLC**
33 Flying Point Road, Suite 131
Southampton, NY 11968
Tel: (631) 204-6187
Email: racocelli@acocellilaw.com

*Attorneys for Plaintiff*